**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 6, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SIRAJ IBN WAHHAJ,

Defendant - Appellant.

No. 23-2168
(D.C. No. 1:18-CR-02945-WJ-2)
(D. N.M.)

---

**JUDGMENT**

---

Before **PHILLIPS**, **McHUGH**, and **MORITZ**, Circuit Judges.

---

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is vacated and reversed in part. The case is remanded to the United States District Court for the District of New Mexico for further proceedings in accordance with the opinion of this court.

Entered for the Court

Per Curiam